**Order entered August 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** appellant's July 11, 2013 motion to reconsider our June 13, 2013 order adopting the trial court's findings that appellant is not indigent and is not entitled to court-appointed counsel or to proceed without payment for the record.

The Court has before it appellant's August 2, 2013 motion to extend time to pay for the record. We have received the reporter's record from the May 24, 2012 hearing on appellant's motion to quash; the November 15, 2012 suppression hearing; and the February 20, 2013 hearing on appellant's expert. We have also received a three-volume clerk's record.

Accordingly, we **GRANT** appellant's August 2, 2013 motion to extend time to pay for the record as follows. We **ORDER** Jennifer Corley, official court reporter of the County Court at Law No. 6 to file, within **SIXTY DAYS** of the date of this order, either: (1) the complete

remaining portions of the reporter's record; (2) the portions of the reporter's for which appellant has paid, with written documentation to that effect; or (3) written verification that appellant has not paid for the remaining portions of the reporter's record. No further extensions will be granted. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted on the record that has been filed.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jennifer Corley, official court reporter, County Court at Law No. 6; Joyce Charboneau; and John Rolater, Collin County District Attorney's Office.

/s/     DAVID EVANS
         JUSTICE